UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JEREMY FOLL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 3:13-cv-00169-RLY-WGH |
| PREFERRED HEALTH PLAN, INC., | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

The court, having granted Defendant, Preferred Health Plan, Inc.=s Motion to Dismiss, now enters final judgment in its favor, and against the Plaintiff herein, Jeremy Foll. This case is now closed.

**SO ORDERED** this 12th day of December 2013.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

1

Distributed Electronically to Registered Counsel of Record

Distributed by first-class U.S. Mail to:

Jeremy Foll
6170 N. Old Rd. 45
Jasper, IN  47546